# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Andrew M. Washington, | ) | |
| | ) | **ORDER FOR STATUS** |
| Plaintiff, | ) | **CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Reliance Telephone Systems and McLean | ) | |
| County, | ) | |
| | ) | Case No. 1:19-cv-124 |
| Defendants. | ) | |

**IT IS ORDERED:**

A status conference will be held before the magistrate judge on April 30, 2020, at 10:00 a.m.

The conference will be conducted via telephone conference. To participate in the conference, the

parties shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 19th day of February, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court