# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Anthony M. Washington, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Reliance Telephone Systems and McLean County, | ) Case No. 1:19-cv-124 |
| Defendants. | ) |

The final pretrial conference scheduled for May 3, 2021, and the jury trial scheduled for May 17, 2021, are cancelled. They shall be rescheduled as necessary once the court has ruled on the defendants' pending dispositive motions.

**IT IS SO ORDERED.**

Dated this 22nd day of April, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court